IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-671-JLK**

**PAMELA J. SCHROEDER**,

        Plaintiff,

v.

**ALLSTATE INSURANCE COMPANY,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        Plaintiff's Motion to Amend Introduction to Motion for Partial Summary Judgment (doc. #9), filed April 28, 2009, is GRANTED.

Dated:  April 28, 2009